PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tallat Riaz          Cr.: 21-00279-001
         PACTS #: 3426573

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. PAULEY III
         SENIOR UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
         SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/21/2018

Original Offense:    Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349

Original Sentence: 1 month imprisonment, 36 months supervised release

Special Conditions: $100 - Special Assessment, $88,440 - Restitution, Financial Disclosure, No New Debt/Credit, Mental Health Treatment, and Search/Seizure

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/22/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy financial obligation |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Riaz has paid $5,125 towards his restitution. His supervision is due to expire on March 21, 2022, with an outstanding restitution balance of $83,315. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP).

Prob 12A – page 2
Tallat Riaz

This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Luis Gonzalez*

By:   LUIS GONZALEZ
Supervising U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*           *03/18/2022*
BRENDAN G. MURILLO          Date
U.S. Probation Technician

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] Allow Supervision to Expire as Scheduled on March 21, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Katharine S. Hayden
Signature of Judicial Officer

March 21, 2022
Date